IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40726
Conference Calendar

_____


GLENN I. ANDERSON,

                                        Plaintiff-Appellant,

versus

GREGORY CHANEY Et Al.,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-95-CV-115
- - - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     IT IS ORDERED that the motion of appellant, Glenn Irving
Anderson, Texas inmate # 590352, to proceed in forma pauperis
(IFP) on appeal is DENIED.  Anderson did not file his motion to
proceed IFP in this court within 30 days after service of notice
of the district court's certification that his appeal was not
taken in good faith.  See Fed. R. App. P. 24(a); 28 U.S.C.
§ 1915(a).  Anderson has also failed to identify a nonfrivolous
issue for appeal.  See id.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

IT IS FURTHER ORDERED that because Anderson's motion for leave to proceed IFP is denied, his motion for production of transcripts at government expense is also DENIED.  See 28 U.S.C. § 753(f)(fees for transcripts are furnished to persons permitted to proceed IFP).  This appeal is without arguable merit and therefore frivolous.  Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED. 5th Cir. R. 42.2.